# TITLE SEARCH REPORT
## Exhibit A

***Fund File Number***: 331071 A1

A PARCEL OF LAND LOCATED COMPLETELY WITHIN GOVERNMENT LOT 1 IN SECTION 29, TOWNSHIP 47 SOUTH, RANGE 43 EAST, PALM BEACH COUNTY, FLORIDA, BEING ALL OF LOTS 5 AND 6, PLAT OF BOCA RATONE POR LA MAR, AS RECORDED IN PLAT BOOK 11 PAGE 67 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, LYING WEST OF THE EAST RIGHT OF WAY LINE OF THE INTRACOASTAL WATERWAY, AS RECORDED IN PLAT BOOK 17 PAGE 30, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NE CORNER OF SAID SECTION 29, ACCORDING TO THE SECOND AMENDED PLAT OF BOCA RATONE POR LA MAR, AS RECORDED IN PLAT BOOK 20 PAGE 7 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA; THENCE S89°20'23"W, AS A BASIS OF BEARINGS, ALONG THE NORTH LINE OF SAID SECTION 29, A DISTANCE OF 1079.84 FEET TO THE POINT OF INTERSECTION WITH THE CENTERLINE OF SPANISH TRAIL AS SHOWN ON SAID PLAT; THENCE CONTINUE S89°20'23"W, A DISTANCE OF 110.95 FEET TO A POINT ON THE WESTERLY BOUNDARY LINE OF SAID SECOND AMMENDED PLAT OF BOCA RATONE POR LA MAR; THENCE S05°38'34E", ALONG SAID WESTERLY BOUNDARY, A DISTANCE OF 309.63 FEET TO A POINT ON THE REAR LINE OF SAID LOT 4 OF THE SECOND AMMENDED PLAT OF BOCA RATONE POR LA MAR, AND ON THE SOUTH LINE OF LOT 4 OF THE PLAT OF BOCA RATONE POR LA MAR, BEING THE NORTHEAST CORNER OF THIS PARCEL AND THE POINT OF BEGINNING;

THENCE CONTINUE S05°38'34"E, ALONG THE REAR LINE OF LOTS 4, 5, AND 6, OF THE SECOND AMENDED PLAT OF BOCA RATONE POR LA MAR, A DISTANCE OF 120.66 FEET TO A POINT ON THE SOUTH LINE OF SAID LOT 6 OF SAID PLAT OF BOCA RATON POR LA MAR AND BEING THE SOUTHEAST CORNER OF THIS PARCEL; THENCE S89°20'23"W, ALONG THE SOUTH LINE OF SAID LOT 6 OF THE PLAT OF BOCA RATONE POR LA MAR, A DISTANCE OF 43.83 FEET TO THE SOUTHWEST CORNER OF THIS PARCEL; THENCE N1°14'20"W, ALONG THE WEST LINE OF SAID LOT 6, A DISTANCE OF 62.82 FEET TO THE NORTHWEST CORNER OF SAID LOT 6 AND THE SOUTHWEST CORNER OF LOT 5 OF THE SAID PLAT OF BOCA RATONE POR LA MAR; THENCE N10°54'43"E, ALONG THE WEST LINE OF SAID LOT 5, A DISTANCE OF 60.97 FEET TO THE NORTHWEST CORNER OF SAID LOT 5; THENCE N89°20'23"E, ALONG THE NORTH LINE OF SAID LOT 5, A DISTANCE OF 62.07 FEET TO THE NORTHEAST CORNER OF THIS PARCEL AND THE POINT OF BEGINNING.

NOT A CERTIFIED COPY