UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-80728-ALTMAN/Brannon

**SOUTH SPANISH TRAIL, LLC**,

    *Plaintiff*,

v.

**GLOBENET CABOS SUBMARINOS
AMERICA, INC.,** *et al.*,

    *Defendants*.

_____/

## OMNIBUS ORDER

To better manage the orderly progress of the case, the Court hereby **ORDERS** as follows:

1. The Plaintiff in this case shall file proof of service, as to each Defendant, within seven days of perfecting service on each Defendant.

2. The Defendants shall file their responses and motions jointly.[1] But they may file separate *answers*. The time for responsive pleadings—for all Defendants—begins to run when the last Defendant is served.

    a. If conflicts of position exist, the Defendants shall file a *motion for leave to file separate responses*, in which they must describe what those conflicts are.

    b. If the Defendants need more than twenty pages for their joint responses or motions, they shall file a *motion for leave to file excess pages*, which the Court will consider expeditiously.

---

[1] If the Defendants file a joint response or motion, it must contain *all* bases for dismissal, stay, abstention, or other relief the Defendants intend to raise. Nothing in this Order precludes the Defendants from later raising (non-waivable) jurisdictional defenses.

3. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

It is further **ORDERED and ADJUGED** that:

1. The Joint Motion for a Rule 16 Conference [ECF No. 23] is **GRANTED**. The parties shall attend a hearing on **May 18, 2021 at 10:00 a.m.**[2]

2. The Motions to Quash [ECF Nos. 14, 15, 16, and 17] are **DENIED without prejudice** for the Defendants to refile in accordance with this Order. But the Defendants may not refile any of these until after the hearing.

3. The Motions to Dismiss [ECF Nos. 18 and 19] are **DENIED without prejudice** for the Defendants to refile in accordance with this Order. But the Defendants may not refile any of these until after the hearing.

4. The Plaintiff's Motions for Partial Summary Judgment [ECF Nos. 21, 25, 26, 29, and 36] are **DENIED without prejudice** pending the Court's scheduling order. But the Plaintiff may not refile any of these until after the hearing.

5. The Plaintiff's Motion to Dismiss [ECF No. 37] is **DENIED without prejudice** pending the Court's scheduling order. But the Plaintiff may not refile any of these until after the hearing.

6. The Plaintiff's Motion for Extension of Time [ECF No. 24] to respond to various motions is **DENIED as moot** in light of this Order.

7. The Defendants' Motion to Strike [ECF No. 39] the Plaintiff's partial summary judgment motions is **DENIED as moot** in light of this Order.

---

[2] The hearing will be held via Zoom videoconference. Meeting ID: 161 2752 2255. Passcode: 7777.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of May 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of Record