UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:21-CV-80728-AMC

SOUTH SPANISH TRAIL, LLC, a Florida
limited liability company,

    Plaintiff,

v.

GLOBENET CABOS SUBMARINOS
AMERICA INC., a Delaware for-profit
corporation; CARIBBEAN CROSSINGS,
LTD., INC.; and JOHN DOES 1-100,

    Defendants.
_____/
GLOBENET CABOS SUBMARINOS
AMERICA INC., a Delaware for-profit
Corporation,

    Counter-Plaintiff,

v.

SOUTH SPANISH TRAIL, LLC, a Florida
limited liability company, and BOARD OF
TRUSTEES OF THE INTERNAL
IMPROVEMENT TRUST FUND OF THE
STATE OF FLORIDA,

    Counter/Third-Party Defendants.
_____/
SOUTH SPANISH TRAIL, LLC,

    Cross-Plaintiff,

v.

BOARD OF TRUSTEES OF THE
INTERNAL IMPROVEMENT TRUST FUND
OF THE STATE OF FLORIDA, UNITED
STATES OF AMERICA,

    Cross-Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff/Counter-Defendant/Cross-Plaintiff, South Spanish Trail, LLC ("SST"), respectfully moves the Court for an extension of time to respond to the Motions to Dismiss ("Motions to Dismiss") filed by Cross-Defendants, Board of Trustees of the Internal Improvement Trust Fund of the State of Florida ("BOT"), Florida Inland Navigation District ("FIND"), and United States of America ("USA"), and states:

1. On April 16, 2021, USA removed this case to federal court.

2. After multiple recusals, this case is now before Your Honor as of May 18, 2021, and before Magistrate Judge Bruce E. Reinhart as of May 24, 2021.

3. On May 17 BOT filed a Motion to Dismiss SST's cross-claims against it [DE 64].

4. On May 18 USA filed a Motion to Dismiss SST's cross-claim against it [DE 67].

5. On May 19 FIND filed a Motion to Dismiss SST's cross-claim against it [DE 80].

6. Accordingly, SST's responses to these Motions to Dismiss are due June 1 and 2.[1]

7. SST hereby seeks an extension of time to respond to the Motions to Dismiss through and including June 14, 2021.

8. Counsel for BOT, FIND, and USA do not oppose the requested extension of time.

9. In addition to other commitments, counsel for SST has been preparing for an evidentiary hearing on a motion for a temporary injunction scheduled for June 2, 2021.

10. Moreover, SST is in the process of preparing amended cross-claims that will moot the Motions to Dismiss, and thus responding to them as presently scheduled would be a waste of the parties' and judicial resources.

11. SST is seeking the requested extensions in good faith, and not for purposes of delay.

---

[1] May 31, 2021 is Memorial Day.

WHEREFORE, Plaintiff/Counter-Defendant/Cross-Plaintiff, South Spanish Trail, LLC, moves this Court for entry of an Order granting SST an extension until June 14, 2021 to respond to the Motions to Dismiss, to the extent such a response is necessary (as SST expects to file amended cross-claims prior to then that would moot the Motions to Dismiss), and granting such other and further relief as the Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

Undersigned counsel certify that they have conferred with counsel for all affected parties, and that opposing counsel for such parties does not oppose the relief requested herein.

Respectfully submitted,

s/Sacha A. Boegem
Ricardo A. Reyes, FBN 864056
Sacha A. Boegem, FBN 0024930
Carrie S. Robinson, FBN 354030
TOBIN & REYES, P.A.
*Attorneys for South Spanish Trail, LLC*
Mizner Park Office Tower
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL 33432
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
sboegem@tobinreyes.com
csrobinson@tobinreyes.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of said filing to all CM/ECF participants.

s/Sacha A. Boegem
Sacha A. Boegem, FBN 0024930