UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:21-cv-80728 Cannon / Reinhart

SOUTH SPANISH TRAIL, LLC,

        Plaintiff,
v.

GLOBENET CABOS SUBMARINOS
AMERICA, INC., CARIBBEAN CROSSINGS
LTD., INC.; and JOHN DOES 1-100,

        Defendants.
_____/

GLOBENET CABOS SUBMARINOS
AMERICA, INC. and CARIBBEAN
CROSSING LTD., INC.,

        Counter-Plaintiffs,
v.

SOUTH SPANISH TRAIL, LLC and BOARD OF
TRUSTEES OF THE INTERNAL
IMPROVEMENT TRUST FUND OF THE
STATE OF FLORIDA,

        Counter/Third-Party Defendants,
_____/

SOUTH SPANISH TRAIL, LLC, COASTAL ENERGY
RESOURCES, LLC, and PALM BEACH COUNTY
ICW LAND, LLC

        Cross-Plaintiffs,
v.

BOARD OF TRUSTEES OF THE INTERNAL
IMPROVEMENT TRUST FUND OF THE
STATE OF FLORIDA, THE FLORIDA INLAND
NAVIGATION DISTRICT, and UNITED STATES
OF AMERICA (ARMY CORPS OF ENGINEERS),

        Cross-Defendants.
_____/

1

## UPDATED NOTICE OF PENDING, RE-FILED, RELATED OR SIMILAR ACTIONS

The United States of America Army Corps of Engineers, by and through the undersigned Assistant United States Attorney and pursuant to SDFL Local Rule 3.8, hereby provides to the Court an updated notice of the existence of pending, re-filed, related, or similar actions:

- *South Spanish Trail, LLC v. Globenet Cabos Submarinos America, Inc.*, 9:19cv80240-ALTMAN/BRANNON (original removal of Fla. 15th Jud. Cir. case no. 2018-CA-015897)

- *South Spanish Trail, LLC v. Caribbean Crossings, Ltd., Inc.*, 9:19cv80285-ROSENBERG/REINHART (original removal of Fla. 15th Jud. Cir. case no. 2019-CC-000434)

- *South Spanish Trail, LLC v. Globenet Cabos Submarinos America, Inc., et. al.*, 9:21cv81206-CANNON/REINHART (removal of Fla. 15th Jud. Cir. case no. 2018-CA-015897)

- *South Spanish Trail, LLC v. Caribbean Crossings, Ltd., Inc., et. al.*, 9:21cv81207-CANNON/REINHART (removal of Fla. 15th Jud. Cir. case no. 2019-CA-011403)

- *South Spanish Trail, LLC v. Little Cardinal, LLC, et. al.*, 9:21CV81208-MIDDLEBROOKS/MATTHEWMAN (removal of Fla. 15th Jud. Cir. case no. 2020-CA-005390)

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**ACTING UNITED STATES ATTORNEY**

By:   /s/ *John S. Leinicke*
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar. 64927
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9212
Fax: (305) 530-7679
E-mail: john.leinicke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ John S. Leinicke*
                                                JOHN S. LEINICKE
                                                ASSISTANT UNITED STATES ATTORNEY