UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SOUTH SPANISH TRAIL, LLC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBENET CABOS SUBMARINOS AMERICA, INC. et. al., <br><br> Defendants. | Case No. 9:21-CV-80728-AMC <br><br> JOHN DOE DEFENDANT'S INITIAL DISCLOSURE |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant John Doe #17 n/k/a IG Networks USA Inc. certifies that (1) IG Networks USA Inc. has no parent corporation and (2) no publicly held corporation owns 10% or more of the membership in IG Networks USA Inc.

Dated: August 2, 2021

Respectfully submitted,

**Carly A. Kligler**
Carly A. Kligler
Alec H. Schultz
**HILGERS GRABEN PLLC**
777 South Flagler Drive
Suite 800 – West Tower
West Palm Beach, Florida 33401
Telephone: 561.485.1325
Email: ckligler@hilgersgraben.com
Email: aschultz@hilgersgraben.com

*Counsel for John Doe Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of said filing to all CM/ECF participants.

                                            */s/ Carly A. Kligler*
                                              Carly A. Kligler