# EXHIBIT 3

| | |
|---|---|
| **From:** | William Swaim |
| **To:** | "Mark Laing" |
| **Date:** | Monday, June 20, 2016 4:34:24 PM |
| **Attachments:** | image001.png |
| | 2001 revised as builts.pdf |

## WILLIAM B. SWAIM

# NE 32nd STREET, LLC

5455 Via Delray
Delray Beach, FL 33484
561.808.7008
Cell 561.289.0529
mailto:swaim35@msn.com

**Linked** in profile

The information contained in this transmission may be legally privileged and confidential. It is intended only for the use of the recipient(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that you received this communication in error, and that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply email and delete the message and all copies of it.

SST 002085



**Engineering & Energy**

**Michael Baker Jr., Inc.**
A Unit of Michael Baker Corporation

4301 Dutch Ridge Road
Beaver, PA 15009
Main No. (724) 495-7711
FAX (724) 495-4082
www.mbakercorp.com



# Letter of Transmittal

| To: | Florida Department of Environmental Protection, Southeast District | Project No. | 24068-002-BRSP-00001 |
|---|---|---|---|
| | 400 North Congress Avenue West Palm Beach, FL 33401 | Project: | Atlantica Cable Project – Boca Raton |
| Attn: | Mr. Tim Rach | Date: | October 29, 2001 |

We are forwarding the following: ☒ Attached   ☐   Under Separate Cover   ☐ _____

| Dwg. No. | No. Copies | Title or Description | Comments |
|---|---|---|---|
| ---- | 1 | Copy of Revised Legal Description and Drawing for Intracoastal Waterway Crossing submitted October 29, 2001 to the Florida Bureau of Public Lands Administration for the Atlantica-1 Project in Boca Raton<br><br>Ref: DEP Permit No. 50-0163252-001 | |

## THESE ARE TRANSMITTED as checked below:

☐ As requested
☐ For your review and comment
☒ For your information

☐ No exception taken
☐ Rejected - See remarks
☐ Proceed subject to corrections noted

☐ Revise and resubmit
☐ Submit specified items

**GENERAL COMMENTS:**

**Michael Baker Jr., inc.**

By: Wil Snyder
Title: Senior Designer
Page: 1 of 1

*Challenge Us.*

**SST 002086**



October 29, 2001

Michael Baker Jr., Inc.
A Unit of Michael Baker Corporation

Florida Bureau of Public Lands Administration
3900 Commonwealth Boulevard
Mail Station No. 125
Tallahassee, FL   32399

4301 Dutch Ridge Road
Beaver, Pennsylvania  15009-0280

(724) 495-7711
FAX (724) 495-4001

Attention: Ms. Debra Trim

Subject: Atlantica-1 Fiber Optic Cable System – Boca Raton
        Submission of Easement Drawing and Revised Legal Description for ICW Crossing
        Ref.: Easement No. 30537; BOT File No. 500221236; PA No. 50-0163252-001

Dear Ms. Trim:

On July 27, 2001, Michael Baker Jr., Inc. supplied As-Built Drawings, Easement Drawings and Legal
Descriptions of Easement Areas to your office for the portions of the Atlantica-1 Fiber Optic Cable System
within State-owned submerged lands beneath the Atlantic Ocean and the Atlantic Intracoastal Waterway in
Boca Raton.  On October 22, 2001 you notified me by telephone that the drawing referenced in the Legal
Description for the Intracoastal Waterway had not been included.

Upon review of the submitted information, I realized that the incorrect drawing had been referenced in the
Legal Description.  The correct drawing was actually a five-sheet set of drawings completed by Caulfield
and Wheeler, Inc., which was included in the March 20, 2001 submission to Ms. Kim Dupree of your
office.  In order to rectify this problem, I have revised the Legal Description to reference the correct
drawing.

As per your request, please find enclosed two original signed and sealed copies of the revised Legal
Description.  I am also including one original signed and sealed five-sheet set of drawings prepared by
Caulfield and Wheeler, Inc.

I trust this information is acceptable for completing the necessary easement processing.  Should you have
any questions, please contact me at (724) 495-4331 or Mr. John Shannon, Engineering Manager, at (724)
495-4064.  Thank you.

Sincerely,

MICHAEL BAKER JR., INC.

Wil Snyder
Senior Designer

Attachments

cc: Mr. Timothy Rach (Fl DEP, West Palm Beach)
    Mr. Roy Carryer (Alcatel Submarine Networks)
    Mr. William Flynn; Ms. Lin Gentemann (360 networks)

*ChallengeUs.*

SST 002087

DESCRIPTION OF EASEMENT AREA FOR

<u>INTRACOASTAL WATERWAY CROSSING</u>

FOR THE ATLANTICA-1
FIBER OPTIC TELECOMMUNICATIONS CABLE SYSTEM

WITHIN SOVEREIGN STATE-OWNED SUBMERGED LANDS
BENEATH THE ATLANTIC INTRACOASTAL WATERWAY

A ten-foot wide easement over, across and through a portion of submerged land beneath the Atlantic Intracoastal Waterway, south of Palmetto Park Road, in the City of Boca Raton, Palm Beach County, being more particularly described as follows:

COMMENCING at the north quarter corner of Section 29, Township 47 South, Range 43 East on the centerline of Palmetto Park Road; thence N 88° 56' 45" E along the centerline of Palmetto Park Road and the north line of Section 29, a distance of 991.43 feet to a point; thence S 01° 03' 15" E, a distance of 354.85 feet to the center of a utility manhole in Silver Palm Park, having a coordinate value of North 733,848.65 feet and East 958,565.25 feet, referenced to the Florida State Plane Coordinate System, East Zone, North American Datum 1983; thence N 86° 05' 26" E, a distance of 273.47 feet to a point on the face of the seawall on the western edge of the Atlantic Intracoastal Waterway, the True Point of Beginning of the centerline of the Intracoastal Waterway Crossing Easement, having a coordinate value of North 733,867.29 feet and East 958,838.08 feet, said Easement having a total width of 10.00 feet, 5.00 feet either side of the centerline; thence along the centerline of the easement and as-built alignment of the 12-inch diameter HDPE Casing Pipe N 80° 54' 34" E, a distance of 211.73 feet, to a point on the face of the seawall on the eastern edge of the Atlantic Intracoastal Waterway, the End of the centerline of the Intracoastal Waterway Crossing Easement, having a coordinate value of North 733,900.74 and East 959,047.15 feet, said point being S 76° 53' 21" E, 115.61 feet from the center of a utility manhole on the southeast corner of the intersection of Spanish Terrace and Park Drive.

Said Easement having a total length of 211.73 feet and a total area of 2,117.3 square feet, or 0.0486 acre.

The above description is based on the asbuilt alignment shown on "Boca Raton Intracoastal Boring, Asbuilt Survey," sheets 1 through 5, dated 03/06/01 and 03/08/01, prepared by Caulfield and Wheeler, Inc.

EARL SOEDER, P.S.M.
FLORIDA REGISTERED SURVEYOR NO. 5865

10/24/01
DATE

DESCRIPTION OF EASEMENT AREA FOR INTRACOASTAL WATERWAY CROSSING

2481 N.W. BOCA RATON BLVD.
BOCA RATON, FL. 33431

COASTAL PLANNING & ENGINEERING, INC.

DATE: 7/18/01
BY: RI
COMM. NO. 6600.06
SHEET: 1 OF 1

SST 002088



LOCATION MAP
NOT TO SCALE

ASBUILT LOCATIONS OF INSTALLED MANHOLES:

| | NORTHING | EASTING |
|---|---|---|
| SILVER PALM PARK | 733848.8470 | 958656.2508 |
| SPANISH TERRACE | 733926.9687 | 959159.7492 |
| BOCA RATON BEACH | 733941.8400 | 960651.6230 |

## NOTES:

1. REPRODUCTIONS OF THIS SKETCH ARE NOT VALID UNLESS SEALED WITH AN EMBOSSED SURVEYOR'S SEAL.
2. LANDS SHOWN HEREON ARE NOT ABSTRACTED FOR RIGHTS—OF—WAY, EASEMENTS, OWNERSHIP, OR OTHER INSTRUMENTS OF RECORD.
3. BEARINGS SHOWN HEREON ARE RELATIVE TO ASSUMED DATUM BASED ON THE NORTH LINE OF SECTION 29, TOWNSHIP 47 SOUTH, RANGE 43 EAST      BEARING N88°56'45"E.
4. ASBUILT BORE AND PIPE DATA SHOWN HEREON WAS COMPILED FROM DIRECTIONAL BORING INFORMATION OPTAINED BY CENTERLINE DGS, INC., AND SUPPLIED BY MASTEC NORTH AMERICA, INC.
5. COORDINATE INFORMATION SHOWN HEREON IS RELATIVE TO THE U.S. STATE PLANE 1983 COORDINATE SYSTEM, FLORIDA EAST ZONE IN FEET.

## CERTIFICATE:

I HEREBY CERTIFY THAT THE ATTACHED ASBUILT SURVEY OF THE HEREON DESCRIBED PROPERTY IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AS PREPARED UNDER MY DIRECTION ON MARCH 8, 2001. I FURTHER CERTIFY THAT THIS SKETCH OF DESCRIPTION MEETS THE MINIMUM TECHNICAL STANDARDS SET FORTH IN CHAPTER 61G17—6 ADOPTED BY THE FLORIDA BOARD OF SURVEYORS AND MAPPERS PURSUANT TO FLORIDA STATUTES 472.027.

**SHEET 1 OF 5**

CAULFIELD & WHEELER, INC.
CIVIL ENGINEERING - LAND PLANNING
LANDSCAPE ARCHITECTURE - SURVEYING
7301A W. PALMETTO PARK ROAD - SUITE 100A
BOCA RATON, FLORIDA 33433
PHONE (561)-392-1991 / FAX (561)-750-1452

DAVID P. LINDLEY
REGISTERED LAND
SURVEYOR NO. 5005
STATE OF FLORIDA
L.B. 3591

| DATE | 03/06/01 |
|---|---|
| DRAWN BY | JC |
| F.B./ PG. | N/A |
| SCALE | AS SHOWN |
| JOB NO. | 518 |

**BOCA RATON INTRACOASTAL BORING
ASBUILT SURVEY**

SST 002089



SHEET 2 OF 5

CAULFIELD & WHEELER, INC.
CIVIL ENGINEERING - LAND PLANNING
LANDSCAPE ARCHITECTURE - SURVEYING
7301A W. PALMETTO PARK ROAD - SUITE 100A
BOCA RATON, FLORIDA 33433
PHONE (561)-392-1991 / FAX (561)-750-1452

**BOCA RATON INTRACOASTAL BORING ASBUILT SURVEY**

DAVID P. LINDLEY
REGISTERED LAND SURVEYOR NO. 5005
STATE OF FLORIDA
L.B. 3591

| | |
|---|---|
| DATE | 03/08/01 |
| DRAWN BY | JC |
| F.B./ PG. | ELEC. |
| SCALE | AS SHOWN |
| JOB NO. | 518 |

**SST 002090**



NORTH

GRAPHIC SCALE
(IN FEET)

INTRACOASTAL WATERWAY

SEE SHEET 5 OF 5
FOR ASBUILT PROFILE

FACE OF SEAWALL
N 733900.7443
E 959047.1540

ASBUILT LOCATION
12" HDPE PIPE

PROPOSED 12" DIA. HDPE
PIPE DIRECTIONALLY BORED
BENEATH INTRACOASTAL
WATERWAY

23+00

21+00

22+00

10' EASEMENT

ASBUILT LOCATION
12" HDPE PIPE

PROPOSED 12" DIA. HDPE
PIPE DIRECTIONALLY BORED
BENEATH INTRACOASTAL
WATERWAY

FACE OF SEAWALL
N 733867.2921
E 958838.0846

SILVER PALM
PARK

MATCH LINE
SHEET 2 OF 5

MATCH LINE
SHEET 4 OF 5

SHEET 3 OF 5

CAULFIELD & WHEELER, INC.
CIVIL ENGINEERING - LAND PLANNING
LANDSCAPE ARCHITECTURE - SURVEYING
7301A W. PALMETTO PARK ROAD - SUITE 100A
BOCA RATON, FLORIDA 33433
PHONE (561)-392-1991 / FAX (561)-750-1452

DAVID P. LINDLEY
REGISTERED LAND
SURVEYOR NO. 5005
STATE OF FLORIDA
L.B. 3591

| DATE | 03/08/01 |
| DRAWN BY | JC |
| F.B./ PG. | ELEC. |
| SCALE | AS SHOWN |
| JOB NO. | |

BOCA RATON INTRACOASTAL BORING
ASBUILT SURVEY

SST 002091



NORTH

40  20  0  20  40

GRAPHIC SCALE
(IN FEET)

SPANISH TERRACE

PARK DR

ASPHALT

INTRACOASTAL
WATERWAY

SEE SHEET 5 OF 5    FACE OF SEAWALL
FOR ASBUILT PROFILE   N 733900.7443
                      E 959047.1540

PROPOSED PULL BOX
AT BORE EXIT POINT

BUILDING

ASBUILT LOCATION
12" HDPE PIPE

20+00

ASBUILT LOCATION
OF MANHOLE
N 733926.9687
E 959159.7492

21+00

BUILDING

PROPOSED 12" DIA. HDPE
PIPE DIRECTIONALLY BORED
BENEATH INTRACOASTAL
WATERWAY

MATCH LINE
SHEET 3 OF 5

SHEET 4 OF 5

CAULFIELD & WHEELER, INC.
CIVIL ENGINEERING - LAND PLANNING
LANDSCAPE ARCHITECTURE - SURVEYING
7301A W. PALMETTO PARK ROAD - SUITE 100A
BOCA RATON, FLORIDA 33433
PHONE (561)-392-1991 / FAX (561)-750-1452

BOCA RATON INTRACOASTAL BORING
ASBUILT SURVEY

DAVID P. LINDLEY
REGISTERED LAND
SURVEYOR NO. 5005
STATE OF FLORIDA
L.B. 3591

| DATE | 03/08/01 |
| DRAWN BY | JC |
| F.B./ PG. | ELEC. |
| SCALE | AS SHOWN |
| JOB NO. | |

SST 002092



SILVER PALM PARK
MANHOLE

SPANISH TERRACE
MANHOLE

INTRACOASTAL WATERWAY

SCALE: 1" = 100' HORIZ.
1" = 50' VERT.

SHEET 5 OF 5

CAULFIELD & WHEELER, INC.
CIVIL ENGINEERING - LAND PLANNING
LANDSCAPE ARCHITECTURE - SURVEYING
7301A W. PALMETTO PARK ROAD - SUITE 100A
BOCA RATON, FLORIDA 33433
PHONE (561)-392-1991 / FAX (561)-750-1452

DAVID P. LINDLEY
REGISTERED LAND
SURVEYOR NO. 5005
STATE OF FLORIDA
L.B. 3591

| DATE | 03/08/01 |
| DRAWN BY | JC |
| F.B./ PG. | ELEC. |
| SCALE | AS SHOWN |
| JOB NO. | |

BOCA RATON INTRACOASTAL BORING
ASBUILT SURVEY

SST 002093

| | |
|---|---|
| **From:** | mark Laing |
| **To:** | William Swaim |
| **Subject:** | Cable Crossing again |
| **Date:** | Monday, June 20, 2016 3:04:04 PM |
| **Attachments:** | Cable across Intracoastal So Boca Project 6-20-16.pdf |

*Laing Survey  561-900-7048*
*Mark@LaingSurvey.net*
*Mark Laing 786-564-5110*
*MarkLaing2@yahoo.com*
*1225 N F St*
*Lake Worth, FL 33460*



SST 002095