# EXHIBIT 6

# South Spanish Trail LLC Adds Microsoft, Amazon, Facebook, Equinix, and China Telecom Among Others as Defendants in $250 Million Globenet Lawsuit

NEWS PROVIDED BY
**South Spanish Trail LLC** →
Feb 17, 2021, 09:00 ET

BOCA RATON, Fla., Feb. 17, 2021 /PRNewswire/ -- South Spanish Trail LLC (SST), a Delray Beach-based real estate developer, has recently identified more than thirty technology companies currently using SST's property to conduct business without any permission or authorization from SST as "John Doe" defendants in its ongoing $250 million lawsuit pending in the Palm Beach County Circuit Court. The recently identified defendants include such well-known companies as Amazon, Netflix, Microsoft, Facebook, Equinix, China Unicom, China Telecom, Tata Communications, Akami, Lumen, Cogent and Verizon.



(PRNewsfoto/South Spanish Trail LLC)

The lawsuit was initially brought against Globenet Cabos Submarinos America, Inc. (Globenet), owner of the GlobeNet (a/k/a "Atlantica-1") submarine fiber optic cable system which runs from Boca Raton to South America, and Caribbean Crossings Ltd. Inc. (CC) owner of the (BICS)

submarine fiber optic cable system which runs from Boca Raton to the Bahamas, which were installed in and across SST's property without SST's consent. SST offered several commercially reasonable means to cure the trespass and occupancy situation, which were ignored and/or declined by Globenet and CC, thus forcing litigation to protect the land owner's property rights. In the litigation, following the production by Globenet of its agreements with its customers (referred to as "John Does" in the lawsuit) for the use of Globenet's various conduits and cables on SST's property, the Court ordered summonses to be issued in the names of the John Does, formally identifying and joining them as defendants in the lawsuit.

SST's suit seeks damages in excess of $250 million, and injunctive relief, including the immediate removal of the fiber optic cables and conduits of both Globenet and CC that presently traverse SST's property, and includes claims against Globenet, CC, and the John Does for trespass and ejectment, and additional claims for unjust enrichment and injunctive relief remedies.

SST contends that the John Does, along with Globenet and CC, require the consent of private property owners, like SST, to use their property to conduct business. The John Does do not have, nor have they ever sought or obtained, SST's consent to utilize SST's property.  SST alleges that each instance in which the John Does use SST's property for commerce, without SST's consent, is wrongful, and is a separate act of trespass, and a violation of SST's most fundamental constitutionally protected property rights.

The law firm of Tobin & Reyes, P.A. of Boca Raton, FL represents South Spanish Trail LLC. Globenet and CC are represented by the law firm of Greenberg Traurig, P.A.  For further information please contact attorney, Ricardo A. Reyes of Tobin & Reyes, P.A., at sst.litigation@tobinreyes.com.

The case is *South Spanish Trail, LLC v. Globenet Cabos Submarinos America Inc. et al.*, case number 50-2020-CA-002024, in the Fifteenth Judicial Circuit Court of Florida.

SOURCE South Spanish Trail LLC

Related Links

https://www.linkedin.com/in/williamswaim/