UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 21-CV-80728-AMC

SOUTH SPANISH TRAIL, LLC, a Florida
limited liability company,

    Plaintiff,

v.

GLOBENET CABOS SUBMARINOS
AMERICA INC., a Delaware for-profit
corporation; CARIBBEAN CROSSINGS,
LTD., INC.; and JOHN DOES 1-100,

    Defendants.
_____/
GLOBENET CABOS SUBMARINOS
AMERICA INC., a Delaware for-profit
Corporation,

    Counter-Plaintiff,

v.

SOUTH SPANISH TRAIL, LLC, a Florida
limited liability company, and BOARD OF
TRUSTEES OF THE INTERNAL
IMPROVEMENT TRUST FUND OF THE
STATE OF FLORIDA,

    Counter/Third-Party Defendants.
_____/
SOUTH SPANISH TRAIL, LLC,

    Cross-Plaintiff,

v.

BOARD OF TRUSTEES OF THE
INTERNAL IMPROVEMENT TRUST FUND
OF THE STATE OF FLORIDA, UNITED
STATES OF AMERICA,

    Cross-Defendants.
_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Plaintiff/Counter-Defendant, South Spanish Trail, LLC ("SST"), by and through undersigned counsel and pursuant to Court Order [DE 164], hereby files the attached supplemental authority in further opposition to **Defendants' Motion to Remand to State Court** scheduled for hearing October 15, 2021 at 4:00 p.m.

**Exhibit "A"**: Answer of Harry M. Chesebro and Ethyl B. Chesebro in Federal Condemnation Proceeding (Case No. 793-M; S.D.Fla.)

**Exhibit "B"**: Answer of William J. Southam in Federal Condemnation Proceeding (Case No. 793-M; S.D.Fla.)

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of said filing to all CM/ECF participants.

> Respectfully submitted,
>
> s/Sacha A. Boegem
> Ricardo A. Reyes, FBN 864056
> Sacha A. Boegem, FBN 0024930
> Carrie S. Robinson, FBN 354030
> TOBIN & REYES, P.A.
> *Attorneys for South Spanish Trail, LLC*
> Mizner Park Office Tower
> 225 N. E. Mizner Blvd., Suite 510
> Boca Raton, FL 33432
> Phone: (561) 620-0656
> Fax:    (561) 620-0657
> eservice@tobinreyes.com
> rar@tobinreyes.com
> sboegem@tobinreyes.com
> csrobinson@tobinreyes.com