IN THE UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA, MIAMI
DIVISION.

CASE NO. 793-M Civil.

FILED
MIAMI, FLA.
AUG 30 1933

UNITED STATES,

        Petitioner,

v.

ANNA PARKER, et al.,

        Respondents.

ANSWER OF HARRY M. CHESEBRO AND
ETHYL B. CHESEBRO, HIS WIFE.

Come the respondents, Harry M. Chesebro and Ethyl B. Chesebro, his wife, by their attorneys, Metcalf & Finch, and for answer to the petition filed in this cause, show unto the court that they own, and are vested with, the fee simple title to the lands described in petition in this cause as Item 6294, Parcel #11, Sheet #30, Section 29, Township 47 S., Range 43 E., all according to plat thereof of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, at pages 11 to 31, both inclusive, such lands being more particularly described as follows, to-wit:

    A portion of the west end of Lots 5,6,7,8 and 9, of Boca Raton Po La Mar, said lands being approximately 60 feet east and west on the north end thereof, by 300 feet north and south, by 15 feet east and west on the south end thereof.

These respondents further show unto the court that they are entitled to the fair and reasonable value of the lands sought to be condemned, as described above, together with their costs in this behalf expended, and pray judgment therefor.

                      METCALF & FINCH
                      BY_____
                      Attorneys for Harry M. Chesebro, etux.

STATE OF FLORIDA
COUNTY OF PALM BEACH   )

    Before me, the undersigned authority, personally appeared W. F. Finch, who first being duly sworn, deposes and says, that he is attorney for the respondents, Harry M. Chesebro and Ethyl B. Chesebro, his wife; that said respondents are beyond the limits of the State of Florida, and that he makes this affidavit for and on their behalf with full power and authority.

    Affiant further says that the statements contained in the foregoing answer are true and correct as therein stated.

                                                       W. F. Finch

Subscribed and sworn to before
me this 28 day of August A.D.
1933.
Effie Silkwood
Notary Public, State of Florida
at Large. My commission expires
March 25, 1933.

No. 793-M Civil.

IN THE UNITED STATES DISTRICT
COURT, SOUTHERN DISTRICT OF
FLORIDA, MIAMI DIVISION.

UNITED STATES,

        Petitioner,

  v.

ANNA PARKER, et al.,

        Respondents.

---

ANSWER OF HARRY M. CHESEBRO
AND ETHYL B. CHESEBRO, HIS
WIFE.

---

W. F. FINCH, WEST PALM BEACH,
FLORIDA.